In the Matter of the Application of CLINTON R. PLACE, Respondent, for a Mandamus Order against GEORGE M. ESTABROOK, as Mayor, and ROBERT K. NIDDRIE and Others, as Trustees, Together Constituting the Board of Trustees of the Incorporated Village of Hempstead, County of Nassau, State of New York, Appellants, and Others, Defendants.— The motion to amend the record and to grant reargument is referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ. Motion to amend record granted. Motion for reargument granted, and on reargument the decision of this court handed down on November 19, 1937 [252 App. Div. 874], is adhered to for the additional reason that petitioner has not shown that his employment was legal in its inception. (*Palmer* v. *Board of Education*, 276 N. Y. 222, 225.) Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Final Account of WILLIAM A. WALLISH, as Committee of the Property of MARION WALLISH, an Incompetent Person. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Surety, Appellant; WILLIAM A. WALLISH, as Committee, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

EDWARD J. KUECHLE, Appellant, v. ATLANTIC ASSETS, INC., HOME LIFE INSURANCE COMPANY, and TITLE GUARANTEE AND TRUST COMPANY, Respondents; REX COLE, INC., and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

M. ARTHUR LAIN, Respondent, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

JACOB LEIMAN and CHARLES T. TRACE, Copartners, etc., Respondents, v. 4111 REALTY CORP. and Others, Defendants, and PETER PIFFATH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

MIRIAM H. MAYS, Respondent, v. ALEXIS T. MAYS, Defendant, Appellant, and ELIZABETH M. WANDA, Corespondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

WILLIAM J. McCORMACK SAND CO., INC., Appellant, v. EDWARD D. W. MILLIGAN, INC., and Others, Defendants, and STANDARD ACCIDENT INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, v. MOSLER SAFE COMPANY, Sued Herein as MOSLER SAFE CO., INC., Respondent, and Others, Impleaded Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.